FILED
September 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003769364

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Jonathan Bae**<br>**EZER LAW GROUP**<br>**4320 Stevens Creek Blvd. #230**<br>**San Jose, CA 95129**<br>**408-775-7150 Fax: 408-404-1760**<br>California State Bar Number: 229966<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for: Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| In re:<br><br>Stella Ho<br><br>Debtor(s). | CASE NO.: 11-40934 |
|---|---|
| | CHAPTER: 7 |
| | NOTICE OF MOTION AND MOTION BY DEBTOR FOR ABANDONMENT OF PERSONAL PROPERTY |
| | DATE: October 11, 2011<br>TIME: 9:32AM<br>CTRM: 32<br>PLACE: 501 I Street, 6th Fl., Sacramento CA |

## NOTICE OF MOTION AND MOTION BY DEBTOR FOR ABANDONMENT OF PERSONAL PROPERTY

Please take notice that on **October 11, 2011 at 9:32 a.m.**, I shall appear in the U.S. Bankruptcy Court for the **Eastern District of California** at the **501 I Street, 6th Floor, Sacramento CA** before the Honorable Judge **Thomas C. Holman** in Courtroom **32** and then and there present the following motion:

Motion by Debtor for order Directing Trustee to Abandon Personal Property

Date **September 9, 2011**

Signature **/s/ Jonathan Bae**
Jonathan Bae
EZER LAW GROUP
4320 Stevens Creek Blvd. #230
San Jose, CA 95129
408-775-7150 Fax: 408-404-1760
California State Bar Number: 229966

| In Re: | | CHAPTER: **7** |
|---|---|---|
| **Stella Ho** | | |
| | Debtor(s). | CASE NO.: 11-40934 |

## Debtor's Motion for Abandonment of Personal Property

**Stella Ho**, the debtor in this case hereby moves that this Court Order the **Alan S. Fukushima**, the trustee in this case, to abandon the debtor's interest in her business, **Osaka Massage/Good Life Health Spa** at **311 Sprint Street, Suisun City, CA 94585.** In support of this motion, the debtor avers:

1. The debtor filed this bankruptcy case on *August 26, 2011.*

2. The first date set for the creditors' meeting under section 341 is September 23, 2011. The debtor will be appear at the meeting.

3. Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in this Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization. Declaration of Debtor, Stella Ho regarding this business including the list of inventories and equipments is attached as Exhibit A. Profit and Loss Statement for the year 2009, 2010 and YTD 2011 are attached as Exhibit B.

4. The trustee has not objected to any exemption.

WHEREFORE, the debtor requests that this Court enter an Order directing the trustee to abandon the estate's interest in the above-named property.

Dated: **September 15, 2011**

Respectfully submitted,

**/s/ Stella Ho**
_____
*Stella Ho, Debtor(s)/ Movant*

**Ezer Law Group**
_____
*Firm Name of Attorney for Movant (if applicable)*

By:     **/s/ Jonathan Bae**
        _____
        *Signature*

Name:   **Jonathan Bae**

| In Re:<br>    Stella Ho | CHAPTER: **7** |
|---|---|
| Debtor(s). | CASE NO.: **11-40934** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**4320 Stevens Creek Blvd. #230. San Jose, CA 95129**

A true and correct copy of the foregoing document described as __NOTICE OF MOTION AND MOTION BY DEBTOR FOR ABANDONMENT OF PERSONAL PROPERTY__ will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):

On __September 15, 2011__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

                                           ☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 15, 2011 | Jonathan Bae | /s/ Jonathan Bae |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Advanta Bank Corp
365 Victor Street
Suite M
Salinas, CA 93907


Amex
P.O. Box 981537
El Paso, TX 79998


Cap One
Po Box 85520
Richmond, VA 23285


Chase
Po Box 1093
Northridge, CA 91328


Chase
Po Box 15298
Wilmington, DE 19850


Chase-Mnhtn
Pob 77279
Houston, TX 77279


Citi
Po Box 6497
Sioux Falls, SD 57117


Citibankna
Po Box 769006
San Antonio, TX 78245


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Office of The United States Trustee
501 I Street
Suite 7-500
Sacramento, CA 95814


Samuel Kim
908 Judah
San Francisco, CA 94122

Traviscu
1 Travis Way
Vacaville, CA 95696

Visa/Dsnb
9111 Duke Blvd
Mason, OH 45040

# Exhibit A

**EZER LAW GROUP**
Jonathan Bae, esq (Bar# 229967)
4320 STEVENS CREEK BLVD #230
San Jose, CA 95129
Telephone (408)775-7150

Attorneys for Debtor, Stella Ho

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Stella Ho | ) CASE NO: 11-40934 |
| | ) |
| | ) CHAPTER 7 |
| | ) |
| | ) DECLARATION IN SUPPORT OF MOTION |
| Debtor | ) FOR ABANDONMENT OF PERSONAL |
| | ) PROPERTY |
| | ) |
| | ) Date: October 11, 2011 |
| | ) Time: 9:32 a.m. |
| | ) Court Room: 32 |
| | ) Place: 501 I Street, 6th Floor |
| | )       Sacramento, CA |
| | ) |
| | ) |

I, Stella Ho, declare as follows:

1.   I am a Chapter 7 bankruptcy debtor who is operating a business, **Osaka Massage/Good Life Health Spa** at **311 Sprint Suisun City, CA 94585.**

2.   I set this business in 2003 with amount of $10,000.00 which was my whole

life saving. Due to recent economic recession, my net operating income from the business goes down to less than $30,000 and it is continuously decreasing. I have already provided the tax returns showing profit and loss for this business to trustee and I am attaching them to this motion as well. Decrease in business sales and profit has definately resulted in declined value of this business.

3.    I have tried to call several different real estate brokers to appraise and sell my business, however I was not able to sell the store.  Several brokers I have spoke to informed me that this business has no value. Since I only have few equipments and inventories, and my business only offers services from myself with no other employees, they advised me all that they are not going to be able to sell the store at all.

4.    I bought equipment for this business for $9,000.00 in 2003, however, with 9 years depreciation, I believe that the value of equipment has gone down to approximately $3,000.00. Currently, there are only 2 massage beds, 2 chairs, 1 desk, 2 additional waiting chairs and 1 cahiers machine.

5.    My English skills are not good and I am too old to find any jobs to support my living other than this business in this harsh job market. Although it is a small amount, but is better than nothing. I hope I could keep this business as a way for a living.

7.    Thus, I hereby request the bankruptcy court to order the trustee of this case to abandon the estate's interest in the above-named property.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 15th of September, 2011 at Suisun City, California

Stolla Ho, Debtor

# Exhibit B

# OSAKA MASSAGE AND GOOD LIFE
## Profit Loss
### JAN THROUTH AUGUST 2011

|  | Aug-11 |
|---|---|
| **Ordinary Income/Expense** | |
| Income | |
| Services | 76,681.53 |
| **Gross Profit** | 76,681.53 |
| Expense | |
| Advertising | 8,960.00 |
| Amortization | 106.00 |
| Bank Service Charges | 1,111.68 |
| Car and Truck Exp. | 898.56 |
| Credit Card Discounts | 766.80 |
| Dues and Subscriptions | 88.00 |
| Insurance | 758.64 |
| Meals and Entertainment | 200.00 |
| Miscellaneous | 240.00 |
| Professional Fees | 1,760.00 |
| Office Supplies | 626.88 |
| Rent | 24,000.00 |
| Repairs & Maintenance | 1,200.00 |
| Supplies | 4,971.84 |
| Taxes | 379.12 |
| Telephone | 2,013.04 |
| Utilities | 5,935.60 |
| Salaries & Wages | 2,560.00 |
| **Total Expense** | 56,576.16 |
| **Net ordinary Income** | 20,105.37 |
| **Net Income** | 20,105.37 |

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

# Profit or Loss From Business
## (Sole Proprietorship)

► Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
► Attach to Form 1040, 1040NR, or 1041.  ► See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

## 2010

Attachment
Sequence No. 09

| | | |
|---|---|---|
| Name of proprietor | | Social security number (SSN) |
| STELLA HO | | 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 |

| | | |
|---|---|---|
| **A** Principal business or profession, including product or service (see instructions) | | **B** Enter code from instructions |
| SERVICE | | ► 812990 |

| | |
|---|---|
| **C** Business name. If no separate business name, leave blank. | **D** Employer ID number (EIN), if any |
| OSAKA MASSAGE/GOOD LIFE HEALTH SPA | 68-0272007 |

**E** Business address (including suite or room no.) ► 311 SPRINT ST.
City, town or post office, state, and ZIP code    SUISUN CITY, CA 94585

**F** Accounting method:   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 2010? If 'No,' see instructions for limit on losses .  [X] Yes  [ ] No

**H** If you started or acquired this business during 2010, check here...........................................  ► [ ]

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See instructions and check the box if: • This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses...................... ► [ ] | 1 | 118,488. |
| 2 | Returns and allowances............................................... | 2 | |
| 3 | Subtract line 2 from line 1........................................... | 3 | 118,488. |
| 4 | Cost of goods sold (from line 42 on page 2)............................ | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3............................. | 5 | 118,488. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)................................. | 6 | |
| 7 | Gross income. Add lines 5 and 6 ................................... ► | 7 | 118,488. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising........................ | 8 | 17,210. | 18 Office expense........................... | 18 | 723. |
| 9 | Car and truck expenses (see instructions)............... | 9 | 1,290. | 19 Pension and profit-sharing plans........ | 19 | |
| 10 | Commissions and fees........ | 10 | | 20 Rent or lease (see instructions): | | |
| | | | | a Vehicles, machinery, and equipment..... | 20a | |
| 11 | Contract labor (see instructions)............. | 11 | | b Other business property................ | 20b | 36,000. |
| 12 | Depletion....................... | 12 | | 21 Repairs and maintenance.............. | 21 | 156. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions)............. | 13 | | 22 Supplies (not included in Part III)....... | 22 | 7,704. |
| | | | | 23 Taxes and licenses.................... | 23 | 536. |
| | | | | 24 Travel, meals, and entertainment: | | |
| | | | | a Travel............................... | 24a | |
| 14 | Employee benefit programs (other than on line 19)........ | 14 | | b Deductible meals and entertainment (see instructions)..................... | 24b | 81. |
| 15 | Insurance (other than health).. | 15 | 1,138. | 25 Utilities............................... | 25 | 6,973. |
| 16 | Interest: | | | 26 Wages (less employment credits)....... | 26 | 3,840. |
| | a Mortgage (paid to banks, etc)........ | 16a | | 27 Other expenses (from line 48 on page 2).................................... | 27 | 6,067. |
| | b Other........................ | 16b | | | | |
| 17 | Legal & professional services.. | 17 | 2,645. | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27....................... ► | 28 | 84,363. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7.......................................... | 29 | 34,125. |
| 30 | Expenses for business use of your home. Attach **Form 8829**........................................ | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3**. • If a loss, you must go to line 32. | 31 | 34,125. |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

BAA  For Paperwork Reduction Act Notice, see your tax return Instructions.

Schedule C (Form 1040) 2010

FDIZ0112L  12/27/10

2

**Part III** Cost of Goods Sold (see instructions)

33 Method(s) used to value closing inventory: a ☐ Cost b ☐ Lower of cost or market c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation ...................................................................... ☐ Yes ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation .................................. | 35 | |
| 36 Purchases less cost of items withdrawn for personal use ................................ | 36 | |
| 37 Cost of labor. Do not include any amounts paid to yourself ............................ | 37 | |
| 38 Materials and supplies ...................................... | 38 | |
| 39 Other costs ................................................ | 39 | |
| 40 Add lines 35 through 39 ...................................... | 40 | |
| 41 Inventory at end of year ...................................... | 41 | |
| 42 Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ............. | 42 | |

**Part IV** Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ► 5/03/98

44 Of the total number of miles you drove your vehicle during 2010, enter the number of miles you used your vehicle for:
a Business 2,580 b Commuting (see instructions) 2,300 c Other 7,120

45 Was your vehicle available for personal use during off-duty hours? .................................... ☒ Yes ☐ No

46 Do you (or your spouse) have another vehicle available for personal use? ............................ ☒ Yes ☐ No

47a Do you have evidence to support your deduction? ............................................. ☒ Yes ☐ No

b If 'Yes,' is the evidence written? ........................................................ ☒ Yes ☐ No

**Part V** Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| Amortization | 159. |
| Bank Charges | 1,633. |
| Credit Card Discounts | 1,113. |
| Dues and Subscriptions | 100. |
| Miscellaneous | 360. |
| Telephone | 2,702. |
| | |
| | |
| | |
| 48 Total other expenses. Enter here and on page 1, line 27 .................................. 48 | 6,067. |

Schedule C (Form 1040) 2010

FDIZ0112L 12/27/10

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
## (Sole Proprietorship)

► Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B.
► Attach to Form 1040, 1040NR, or 1041. ►See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

## 2009

Attachment
Sequence No. 09

| Name of proprietor | Social security number (SSN) |
|---|---|
| STELLA HO | 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 |

| A | Principal business or profession, including product or service (see instructions) | B | Enter code from Instructions |
|---|---|---|---|
| | SERVICE | | ► 812990 |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN), if any |
|---|---|---|---|
| | OSAKA MASSAGE/GOOD LIFE HEALTH SPA | | 68-0272007 |

**E** Business address (including suite or room no.)► 311 SPRINT ST.
City, town or post office, state, and ZIP code   SUISUN CITY, CA 94585

**F** Accounting method:   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ► _____

**G** Did you 'materially participate' in the operation of this business during 2009? If 'No,' see instructions for limit on losses.. [X] Yes [ ] No

**H** If you started or acquired this business during 2009, check here ................................................. ► [ ]

## Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See the instructions and check the box if: • This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses............................► [ ] | 1 | 146,077. |
| 2 | Returns and allowances............................................................................. | 2 | |
| 3 | Subtract line 2 from line 1........................................................................ | 3 | 146,077. |
| 4 | Cost of goods sold (from line 42 on page 2)......................................................... | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3......................................................... | 5 | 146,077. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)...................................................................................... | 6 | |
| 7 | **Gross income.** Add lines 5 and 6............................................................► | 7 | 146,077. |

## Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising.................. | 8 | 14,029. | 18 | Office expense...................... | 18 | 734. |
| 9 | Car and truck expenses (see instructions)............. | 9 | 2,067. | 19 | Pension and profit-sharing plans......... | 19 | |
| 10 | Commissions and fees........ | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions).............. | 11 | | | a Vehicles, machinery, and equipment..... | 20a | |
| 12 | Depletion................... | 12 | | | b Other business property................ | 20b | 37,800. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions)............. | 13 | | 21 | Repairs and maintenance .............. | 21 | 875. |
| | | | | 22 | Supplies (not included in Part III)........ | 22 | 8,926. |
| | | | | 23 | Taxes and licenses.................... | 23 | 1,596. |
| 14 | Employee benefit programs (other than on line 19)........ | 14 | | 24 | Travel, meals, and entertainment: | | |
| | | | | | a Travel............................... | 24a | |
| 15 | Insurance (other than health)... | 15 | 2,114. | | b Deductible meals and entertainment (see instructions)...................... | 24b | |
| 16 | Interest: | | | 25 | Utilities.............................. | 25 | 5,821. |
| | a Mortgage (paid to banks, etc)........ | 16a | | 26 | Wages (less employment credits)....... | 26 | 6,400. |
| | b Other........ | 16b | | 27 | Other expenses (from line 48 on page 2)........................... | 27 | 5,011. |
| 17 | Legal & professional services.. | 17 | 2,707. | | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27...............► | 28 | 88,080. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7......................................... | 29 | 57,997. |
| 30 | Expenses for business use of your home. Attach **Form 8829** ................................. | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both Form 1040, line 12, and **Schedule SE, line 2** or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | 31 | 57,997. |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.

**32a** [ ] All investment is at risk.

• If you checked 32b, you must attach **Form 6198.** Your loss may be limited.

**32b** [ ] Some investment is not at risk.

**BAA   For Paperwork Reduction Act Notice, see Form 1040 Instructions.**   Schedule C (Form 1040) 2009

FDIZ0112L  06/18/09

## Cost of Goods Sold (see instructions)

| | | |
|---|---|---|
| 33 Method(s) used to value closing inventory: **a** ☐ Cost **b** ☐ Lower of cost or market **c** ☐ Other (attach explanation) | | |

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation................................................................ ☐ Yes ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation................................................. | 35 | |
| 36 Purchases less cost of items withdrawn for personal use............................ | 36 | |
| 37 Cost of labor. Do not include any amounts paid to yourself............................ | 37 | |
| 38 Materials and supplies................................................. | 38 | |
| 39 Other costs............................................................ | 39 | |
| 40 Add lines 35 through 39................................................. | 40 | |
| 41 Inventory at end of year................................................. | 41 | |
| 42 **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4.......... | 42 | |

## Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ► 5/03/98 .

44 Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

    **a** Business _ _ _ _ _ _ _ 3,758    **b** Commuting (see instructions) _ _ _ _ _ _ 2,300    **c** Other _ _ _ _ _ _ _ 5,942

45 Was your vehicle available for personal use during off-duty hours?.............................. ☒ Yes ☐ No

46 Do you (or your spouse) have another vehicle available for personal use?......................... ☒ Yes ☐ No

47a Do you have evidence to support your deduction?........................................ ☒ Yes ☐ No

   **b** If 'Yes,' is the evidence written?......................................................... ☒ Yes ☐ No

## Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| Amortization | 159. |
| Bank Charges | 651. |
| Credit Card Discounts | 957. |
| Dues and Subscriptions | 89. |
| Telephone | 3,155. |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27........................ **48** | 5,011. |

FDIZ0112L  06/18/09